

FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: 90-CR-0762-SVW
        Plaintiff,  )
vs.  )  ORDER OF DETENTION AFTER HEARING
          )  [Fed.R.Crim.P. 32.1(a)(6);
          )  18 U.S.C. 3143(a)]
Kwao   Defendant.  )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD/CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___PTA R/H factors___

```
 1  _____
 2  _____
 3  _____
 4       and/or
 5  B.  ( )  The defendant has not met his/her burden of establishing by
 6       clear and convincing evidence that he/she is not likely to pose
 7       a danger to the safety of any other person or the community if
 8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9       on:_____
10  _____
11  _____
12  _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  12/3/12
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE
```